UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>Plaintiffs: DEBORA MARTINEZ and GREGORIO MARTINEZ<br><br>Case No.: | MDL NO. 2921<br><br>Honorable Brian R. Martinotti<br>District Court Judge<br><br>Honorable Joseph A. Dickson<br>Magistrate Judge<br><br>MASTER SHORT-FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES AND DEMAND FOR JURY TRIAL |

1. Plaintiffs <u>DEBORA MARTINEZ and GREGORIO MARTINEZ</u>, hereby state and incorporate by reference all of the allegations contained in Plaintiffs' Master Long Form Complaint For Personal Injuries, Damages and Demand For Jury Trial ("Master Complaint") as permitted by Case Management Order No. <u>17</u> for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

**IDENTIFICATION OF PLAINTIFFS AND RELATED INTERESTED PARTIES**

3. Name and current residence of individual who is alleged to have suffered personal injuries and related damages due to implantation of one or more Biocell Textured Breast Implant medical devices ("Biocell"):

   <u>Debora Martinez; Coronado, CA</u>

4. Consortium Claim(s): Name and current residence of individual(s) alleging damages for loss of consortium:

   <u>Gregorio Martinez, Coronado, CA</u>

5. If a survival and/or wrongful death claim is asserted:

   Name and residence of Decedent when she suffered Biocell-related injuries and/or death:
   <u>         N/A                                                                                           </u>

Name and current residence of the individual(s) bringing the claims on behalf of the decedent's estate, and status (i.e., personal representative, administrator, next of kin, successor in interest, etc.):

N/A

## VENUE

6. Plaintiff[s] allege that venue for remand and trial is proper in the following federal judicial district:

California Southern District Court.

## DEVICE IDENTIFICATION

7. Plaintiff used the following Biocell device[s], which Plaintiff contends caused her injury(ies). Check all that apply and provide all dates of implant and explant:

| ☐ **NATRELLE Silicone-filled Breast Implants** <br> ☐ **Style 110** <br> ☐ **Style 115** <br> ☐ **Style 120** <br><br> **Date[s] of Implant:** <br><br> **Date[s] of Explant (if any):** | ☐ **NATRELLE Saline-Filled Breast Implants** <br> ☐ **Style 163** <br> ☐ **Style 168** <br> ☐ **Style 363** <br> ☐ **Style 468** <br><br> **Date[s] of Implant:** <br><br> **Date[s] of Explant (if any):** |
|---|---|
| ☒ **NATRELLE 410 Highly Cohesive Anatomically Shaped Silicone-Filled Breast Implants** <br> ☐ Style LL <br> ☐ Style LM <br> ☐ Style LF <br> ☐ Style LX <br> ☐ Style ML <br> ☐ Style MM <br> ☒ Style MF <br> ☐ Style MX <br> ☐ Style FL <br> ☐ Style FM <br> ☐ Style FF <br> ☐ Style FX | **NATRELLE INSPIRA Silicone-Filled Breast Implants** <br> ☐ Style TRL <br> ☐ Style TRLP <br> ☐ Style TRM <br> ☐ Style TRF <br> ☐ Style TRX <br> ☐ Style TSL <br> ☐ Style TSLP <br> ☐ Style TSM <br> ☐ Style TSF <br> ☐ Style TSX <br> ☐ Style TCL <br> ☐ Style TCLP <br> ☐ Style TCM <br> ☐ Style TCF <br> ☐ Style TCX |

| | |
|---|---|
| **Date[s] of Implant:**<br><br>**December 15, 2015**<br><br>**Date[s] of Explant (if any):**<br>**October 10, 2019** | **Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** |
| ☐ **McGhan BioDIMENSIONAL® Silicone-Filled BIOCELL® Textured Breast Implants, Style 153**<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** | ☐ **NATRELLE Dual-Gel Breast Implants**<br>    ☐ Style LX<br>    ☐ Style MX<br>    ☐ Style FX.<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** |
| ☐ **NATRELLE Komuro Breast Implants**<br>    ☐ Style KML<br>    ☐ Style KMM<br>    ☐ Style KLL<br>    ☐ Style RLM<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** | ☐ **NATRELLE Ritz Princess Breast Implants**<br>    ☐ Style RML<br>    ☐ Style RMM<br>    ☐ Style RFL<br>    ☐ Style RFM<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** |
| ☐ **NATRELLE 150 Full Height and Short Height double lumen implants.**<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** | ☐ **NATRELLE 133 Plus Tissue Expander**<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** |
| ☒ **NATRELLE 133 Tissue Expander with Suture Tabs**<br>**Date[s] of Implant: June 24, 2015 & August 26, 2015**<br>**Date[s] of Explant (if any): August 26, 2015 & December 15, 2015** | ☐ **OTHER (Please describe):**<br><br>**Date[s] of Implant: Date[s] of Explant (if any):** |

## **PLAINTIFF'S BIOCELL-RELATED INJURIES**

8. Plaintiff[s] allege that one or more Biocell devices caused personal injuries and damages including but not limited to the following:

Plaintiff has suffered, and continues to suffer from physical permanent injury, mental anguish, grief, anxiety, apprehension, scarring, disfigurement, financial loss, and fear of increased risk of BIA-ALCL, increased risk of BIA-ALCL. Past and future non- economic damages such as medical care costs, lost wages, lost wage-earning capacity. Reconstruction and incurred costs for surgery to have the implants removed.

9. Approximate date of Biocell-device related injury: To the best of her knowledge, Plaintiff is uncertain of the precise date when she started having injuries, pain or damages from the Allergan implants. Plaintiff learned of the product recall due to the increased risk of lymphoma sometime after July 2019.

10. Has Plaintiff or Plaintiff's decedent ever been diagnosed with BIA-ALCL:
    ☐ Yes
    ☒ No
    a. If Yes, date of diagnosis: _____

## CAUSES OF ACTION

11. The following claims asserted in the *Master Complaint* are herein adopted by Plaintiff(s):

    ☒ Count I:       Strict Liability – Manufacturing Defect
    ☒ Count II:      Negligent Manufacturing
    ☒ Count III:     General Negligence
    ☒ Count IV:      Strict Liability Failure to Warn
    ☒ Count V:       Negligent Failure to Warn
    ☒ Count VI:      Negligent Misrepresentation
    ☒ Count VII:     Breach of Implied Warranty of Merchantability
    ☒ Count VIII:    Breach of Express Warranty
    ☒ Count IX:      Strict Liability Design Defect
    ☒ Count X:       Negligent Design
    ☐ Count XI:      Survivorship and Wrongful Death
    ☒ Count XII:     Loss of Consortium
    ☒ Count XIII:    Punitive Damages
    ☐ Other Claims and factual basis therefore:
    _____
    _____

**OTHER DEFENDANTS**

12. Plaintiff(s) further bring claims against the following additional Defendants not named in the *Master Complaint*:

    a. Additional Defendant(s):

        Additional Defendant 1: N/A

        Additional Defendant 2: 

        Additional Defendant 3: 

        Additional Defendant 4: 

    b. Address(es) of Additional Defendants:

        Address of Defendant 1: N/A

        Address of Defendant 2: 

        Address of Defendant 3: 

        Address of Defendant 4: 

    c. Short and Plain Statement of Factual Allegations against Additional Defendants:
        N/A

    d. Claims asserted against Additional Defendants:
        N/A

**WHEREFORE,** Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the Plaintiffs' Master Personal Injury Long Form Complaint in MDL 2921 in the United States District Court for the District of New Jersey.

Date:  December 11, 2020                         Jeffrey L. Haberman, Esq.
                                                        SCHLESINGER LAW OFFICES, P.A.
                                                        1212 Southeast Third Avenue,
                                                        Fort Lauderdale, FL 33316
                                                        (954) 467-8800
                                                        (954) 320-9509
                                                        JHaberman@schlesingerlaw.com
                                                        *Counsel for Plaintiffs*